# RABON LAW FIRM, PLLC

ATTORNEYS AT LAW
1616 CLEVELAND AVENUE
CHARLOTTE, NORTH CAROLINA 28203

TELEPHONE 704.375.1800                                    FAX 704.347.0684

July 27, 2012

Hon. Dennis P. Iavarone
Clerk of the U.S. District Court
310 New Bern Avenue
Raleigh, NC 27601

**RECEIVED**

JUL 27 2012

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

*ATTN: Ms. Jolie Skinner*

**VIA HAND DELIVERY**

    RE:    *United States ex rel. Rickey Howard, Bringing this Action on Behalf of the United States of America and the State of North Carolina v. Harper Construction Company, et al.;*
             *USDC EDNC Case No. 3:12-cv-_____ (Under Seal)*

Dear Ms. Skinner:

I represent the Relator in this *qui tam* action brought under the Federal False Claims Act, along with Joel Androphy of Berg & Androphy of Houston, Texas, and Matt Abbott, of Pell City, Alabama.

Enclosed for filing *Under Seal* are the following:

- Civil Action Cover Sheet
- Motion to File Under Seal, and draft Order
- Complaint, along with check #1574 in the amount of $350 for the filing fee
- Disclosure of Corporate Affiliations

I am enclosing extra copies of the foregoing and request that you stamp those "Filed" to indicate they have been filed in your office. Since the Complaint is lengthy, I have enclosed only extras of the cover page to be Filed-stamped and returned.

For the convenience of the Court, I have also enclosed here a copy of the Complaint, with exhibits and request that you route these to the Judge to whom this matter is assigned.

Hon. Dennis P. Iavarone
Clerk of the U.S. District Court
*ATTN: Ms. Jolie Skinner*
July 27, 2012
Page Two

   Please call me with any questions.

   With kind regards,

               Sincerely,

               Charles H. Rabon, Jr.

CHR/rf
Encl.
Cc: Client
   Joel M. Androphy
   Matt Abbott