IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-215-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. RICKEY HOWARD, bringing this action on behalf of the United States of America,<br><br>                 Plaintiff,<br><br>               v.<br><br>HARPER CONSTRUCTION COMPANY, INC., a California Corporation; FRAZIER MASONRY CORPORATION, a California Corporation; F-Y, INC., a California Corporation; ABC CORPORATIONS 1 through 10; RUSSELL FRAZIER; and ROBERT A. YOWELL,<br><br>               Defendants. | **ORDER**<br>(Under Seal) |

The complaint, the material evidence, the motion to seal, and this order shall be filed in camera and under seal for 60 day pursuant to 31 U.S.C. § 3730(b). No pleadings shall be served upon defendants until further order of this court. The United States has sixty days to elect to intervene and proceed with the action. Id. § 3730(b)(2).

SO ORDERED. This 4 day of September 2012.

JAMES C. DEVER III
Chief United States District Judge